```
BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LISA E. FELDMAN (Cal. Bar No. 130019)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0633
     Facsimile: (213) 894-2927
     E-mail:    lisa.feldman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | 2:25-MJ-03615 |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ALEJANDRO THEODORO ORELLANA, | |
| Defendant. | |

After considering the application filed on June 20, 2025, and for GOOD CAUSE SHOWN, the Court hereby orders that the Preliminary Hearing in the above-entitled case is continued to July 3, 2025 at 11:30 a.m. and Post-Indictment Arraignment is continued to July 10, 2025 at 11:30 a.m. Both hearings shall take place in Courtroom 640,

//
//
//
//
//

1  on the 6th Floor of the Roybal Federal Building, 255 East Temple
2  Street, Los Angeles, California 90012.
3  IT IS SO ORDERED.
4
5  _____      _____
   DATE                                 THE HONORABLE MARIA A. AUDERO
6                                       UNITED STATES MAGISTRATE JUDGE
   Presented by:
7
        /s/
8  _____
   LISA E. FELDMAN
   Assistant United States Attorney